IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALLEN LYNN PENN                                                          PETITIONER

v.                  NO. 5:06CV00310 GH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted, that Petitioner's *Brady* and *Youngblood* claims (Claims 5 and 6) are dismissed without prejudice as "second or successive," and that Petitioner's other claims are dismissed with prejudice.

IT IS SO ORDERED this 22nd day of March, 2007.

*/s/ George Howard Jr.*
UNITED STATES DISTRICT JUDGE