IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALLEN LYNN PENN                                    PETITIONER

v.                      NO. 5:06CV00310 GH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                      RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted, that Petitioner's *Brady* and *Youngblood* claims (Claims 5 and 6) are dismissed without prejudice as "second or successive," and that Petitioner's other claims are dismissed with prejudice.

IT IS SO ADJUDGED this 22nd day of March, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE